# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT THEODORE SANFORD JR. | ) | Case No. 1:24-MJ-159 |
| AND | ) | |
| JAVONTE R. SMALLWOOD | ) | **UNDER SEAL** |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  at least December 2022 to May 2023  in the city/county of _____ Fairfax _____

in the ____ Eastern ____ District of ____ Virginia ____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| Title 21 U.S.C. §§ 841(a), 841(b)(1)(C), and 846 | Conspiracy to Distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; a mixture and substance containing detectable amounts of Buprenorphine and Naloxone, both schedule III-controlled substances; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

_Leah M. Schwenger_
_Complainant's signature_

Heather D. Call
_Printed name and title_

FBI Special Agent Leah M. Schwenger
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ _(specify reliable electronic means)_.

Date: 04/22/2024 _____

_William E. Fitzpatrick_
_Judge's signature_

City and state:   Alexandria, Virginia

The Hon. William E. Fitzpatrick, U.S. Magistrate Judge
_Printed name and title_