AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:24-CR-110 |
| | ) | |
| ROBERT THEODORE SANFORD JR. | ) | |
| *Defendant* | ) | |

**FILED IN OPEN COURT**

**JUN - 5 2024**

**CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _June 5, 2024_

_____
*Defendant's signature*

_____
Signature of defendant's attorney

Todd M. Richman
Printed name of defendant's attorney

_____
Judge's signature

Rossie D. Alston, Jr
Judge's printed name and title

JUDGE, EDVA