IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-CR-110 |
| v. | 21 U.S.C. § 841, 846<br>Conspiracy to Distribute Fentanyl,<br>Cocaine, and Suboxone<br>(Count 1) |
| ROBERT THEODORE SANFORD JR. | 18 U.S.C. § 1791(a)(1)<br>Providing Contraband in Prison |
| Defendant. | Forfeiture Allegation |

## CRIMINAL INFORMATION

The United States Attorney charges that:

### Count One

*Conspiracy to Distribute Fentanyl, Cocaine, and Suboxone*

Beginning at least as early as December of 2022, and continuing thereafter up to and including May of 2023, the exact dates being unknown, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant ROBERT THEODORE SANFORD JR. did knowingly and intentionally combine, conspire, confederate, and agree with Javonte Smallwood and others, both known and unknown, to knowingly and intentionally distribute:

1. a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance;

2. a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and

3.  a mixture and substance containing detectable amounts of Buprenorphine and Naloxone, commonlly pharmaceuticaly produced as Suboxone, a Schedule III controlled substance.

(All in violation of Title 21, United States Code, Section 846)

## Count Two

*Providing Contraband in Prison*

On or about April 13, 2023, at the Fairfax County Adult Detention Center, in the Eastern District of Virginia, the defendant, ROBERT THEODORE SANFORD JR., contrary to statute, specifically Title 21, United States Code, Section 841(a) and 846, provided a prohibited object, to wit Suboxone, a narcotic drug, to Javonte Smallwood, an inmate of the Fairfax County Adult Detention Center, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

(In violation of Title 18, United States Code, Section 1791(a)(1) and 1791(b)(1))

## FORFEITURE NOTICE

The defendant, ROBERT SANFORD JR., is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of the controlled substance offense alleged in Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

The defendant, ROBERT SANFORD JR, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of either of the offenses alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(p), ROBERT SANFORD JR shall forfeit substitute property, if, by any act or omission of ROBERT SANFORD JR, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code 924(d)(1); Title 28, United States Code 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date:  May 13, 2024

By:  Heather D. Call
Assistant United States Attorneys